M. P. No. 78-82. THE COMMUNITY HOTEL CORPORATION OF NEWPORT, RHODE ISLAND *v.* JOHN J. EGAN *v.* MICHAEL J. BOVE III. Petition for certiorari is hereby denied. *Daniel J. Murray,* for plaintiff. *Roberts & Willey Incorporated, David W. Carroll,* for defendant John J. Egan.

M. P. No. 78-49. CHARLES C. BRIDGES *v.* SUPERIOR COURT, STATE OF RHODE ISLAND *et al.* Petition for writ of habeas corpus granted for hearing on right of petitioner to be admitted bail, and the writ to issue forthwith.

The petitioner is ordered to file his brief on or before April 21, 1978, and the respondent is directed to file his brief, in answer thereto, by April 28, 1978, and case is placed on the calendar for oral argument May 5, 1978, 9:30 a.m. *Little, Little, McDonald & Gaschen, Joseph T. Little,* for petitioner. *Julius C. Michaelson,* Attorney General, *E. Martin Stutchfield,* Special Assistant Attorney General, for respondent.

M. P. No. 78-68. IN THE MATTER OF CHRISTINE. Petition for writ of certiorari is hereby granted and the writ shall issue forthwith. *James J. Mullen* (for Children's Friend & Service), for petitioner. *William E. Brady,* Rhode Island Legal Services, Inc., for respondent.